AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AQ_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Cesar Ivan OROZCO-Carrillo<br>*Defendant(s)* | )<br>)<br>)  Case No.  **EP:26-MJ-888-LE**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 18, 2026__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that aliens, have come to, entered, and remained in the United States in violation of the law, did transport, move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Complaint sworn to telephonically on
February 19, 2026 at 01:07 PM and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Veronica Garcia
*CBP Enforcement Officer*

Sworn to before me and signed in my presence.

Date: __February 19, 2026__

_____
*Judge's signature*
Laura Enriquez
United States Magistrate Judge

City and state: __El Paso, Texas__

## FACTS

That on or about February 18, 2026, the DEFENDANT, Cesar Ivan OROZCO-Carrillo, a United States citizen, was apprehended due to a failed attempt to transport an alien who eluded inspection at the Bridge of the Americas Port of Entry (BOTA POE) in El Paso, Texas located in the Western District of Texas.

Customs and Border Protection/Mobile Enforcement Team (MET) Officers, were en route to the Paso Del Norte Port of Entry when they observed a male subject descending from the Bridge of the Americas Port of Entry overpass using a rope. The male subject immediately entered a dark grey Pontiac G6 vehicle, which was illegally stopped in the middle of the westbound lanes on Delta Street. CBP Officers (MET) suspected the vehicle may be involved in the apprehension of the undocumented alien and made attempted to make contact with the vehicle. CBP Officers (MET) activated emergency lights and sirens to conduct a traffic stop, but the driver refused to yield, accelerating westbound at a high rate of speed. CBP Officers (MET) attempted to close the distance to identify the vehicle's license plate and requested assistance from U.S. Border Patrol. While maintaining a visual of the vehicle, CBP Officers (MET) observed the vehicle lose control prior to the intersection of Delta and Coles, spinning out before regaining control and making a rapid turn onto Cole Street toward Paisano Street. The vehicle subsequently lost control a second time and collided with a post at the intersection of Cole Street and Paisano Street. CBP Officers (MET) parked their service unit behind the DEFENDANT's vehicle. In an apparent attempt to flee again, the DEFENDANT intentionally shifted into reverse, backing into the front of the official unit. At this time, CBP Officers (MET) secured the passenger of the vehicle. The DEFENDANT exited the vehicle and fled on foot, running down Cole Street and eventually west on Delta Street. The DEFENDANT was apprehended by CBP Officers (MET) near the intersection of Delta and Cotton Street. DEFENDANT was transported to the Passport Control Secondary (PCS) at the Bridge of the Americas for further inspection.

In PCS, the DEFENDANT was served with form I-214 (Spanish Version), Warning of Rights, which he read, said he understood and waived his right to legal counsel and agreed to provide a statement. Under a sworn statement, the DEFENDANT admitted to knowingly picking up one undocumented male subject on Delta Street near the Bridge of the Americas Port of Entry. The DEFENDANT stated he knew the male subject lacked legal authorization to be in the U.S. and was going to transport him to Vado, New Mexico. The DEFENDANT stated he was recruited by an unknown individual, connected through his aunt, to pick up 3 undocumented individuals and transport them to Vado, New Mexico, for a promised payment of $600.00 per person. The DEFENDANT admitted that that he was the driver of the vehicle and attempted to flee to evade apprehension. The DEFENDANT stated the male subject he picked up came from Juarez, Mexico, and that he was following instructions from the male individual who recruited him. The DEFENDANT confirmed his involvement in a vehicular accident while trying to flee and admitted under oath he knew what he was doing was illegal.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD:**

None at this time.

**IMMIGRATION RECORD:**

Subject is a United States citizen.